UNITED STATES of America,
Appellee,

v.

Leeman Joseph PATRICK,
II, Appellant.

No. 11–3136.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 29, 2012.

Filed: March 7, 2012.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Teresa Baumann, Mark Tremmel, Assistant U.S. Attorneys, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Joanne M. Lilledahl, Assistant, Jane Kelly, Assistant, Federal Public Defenders, Federal Public Defender's Office, Cedar Rapids, IA, for Appellant.

Leeman Joseph Patrick, II, Milan, MI, pro se.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Leeman Patrick II pleaded guilty to possession of child pornography. See 18 U.S.C. § 2252A(a)(5)(B), (b)(2). The district court[1] sentenced him to 108 months in prison and 8 years of supervised release. On appeal, his counsel have moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the sentence was unreasonable.

We disagree. The district court committed no significant procedural error in sentencing Mr. Patrick, *see United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing procedural error), and the sentence was substantively reasonable, *see United States v. Hubbard*, 638 F.3d 866, 870–71 (8th Cir.2011) (reviewing sentence under deferential abuse-of-discretion standard, and according presumption of reasonableness to sentence within advisory Guidelines range).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue. Accordingly, we affirm the judgment of the district court and

grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.